**JEHAN–DAS, INC., petitioner,
v. UNITED STATES, et al.
No. 90–1709.**

Supreme Court of the United States.

Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit.

Oct. 7, 1991.   Denied.